```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
Reyes, *et al.*,                                                     :
                                                                     :
                         Plaintiff,            :               18-cv-11900 (AJN)
                                                                     :
       -v-                                                         :                    ORDER
                                                                     :
Central Park Boathouse, LLC, *et al.*,                               :
                                                                     :
                        Defendants.           :
                                                                     :
-------------------------------------------------------------------- :
                                                                     X

ALISON J. NATHAN, United States District Judge:

      The post-discovery conference in this matter scheduled for December 18, 2020 is hereby adjourned to **January 8, 2021 at 3:45 P.M.** In light of the COVID-19 public health crisis, the Court will not hold the upcoming post-discovery conference in this case in person. Counsel should submit a joint status letter on ECF no later than seven days prior to the scheduled conference. The joint letter shall:

1) Include a statement confirming that all fact discovery has been completed (the parties should not assume that the Court will grant any extensions);

2) Include a statement regarding the status of any settlement discussions and whether the parties would like a referral to the Magistrate Judge or the Court-annexed Mediation Program for settlement discussions;

3) Include a statement regarding whether any party intends to move for summary judgment on or before the deadline specified in the CMP;

4) If no party intends to move for summary judgment, propose (a) a deadline for the submission of a joint final pre-trial order pursuant to Rule 5.A of the undersigned's Individual Practices in Civil Cases, and (b) potential trial dates; and

5) **Indicate whether they can do without a conference altogether.**

      If a conference is held, it will be by telephone. The conference may be accessed by dialing (888) 363-4749 and entering access code 9196964. In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-alison-j-nathan.

SO ORDERED.

Dated: December 7, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge

SO ORDERED.

Dated: December 7, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge