```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Erik Leon Reyes et al.,

                          Plaintiffs,

-against-

Central Park Boathouse, LLC et al.,

                          Defendants.

18-cv-11900 (AJN) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

This case contains claims under the Fair Labor Standards Act. On January 22, 2021, the parties submitted a proposed settlement agreement for the Court's approval. (ECF No. 66.) On January 25, 2021, an Order was issued on the parties' consent referring disposition of this matter to the undersigned pursuant to 28 U.S.C. § 636(c). (ECF No. 68.) Having reviewed the proposed settlement, the Court finds that it is fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The settlement is approved.[1]

Accordingly, this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement. The Clerk is requested to close the case.

---

[1] The Court's approval does not amount to an endorsement of the hourly rates of Plaintiff's attorneys, several of which the Court has found to be excessive. *See, e.g., Montes v. 11 Hanover Grp. LLC*, No. 17-CV-09376 (SDA), 2019 WL 4392516, at *2 (S.D.N.Y. Sept. 12, 2019); *Sanchez v. DPC New York Inc.*, 381 F. Supp. 3d 245, 251 (S.D.N.Y. 2019). Nonetheless, because the fee award in this case is well below even a significantly reduced lodestar, the Court finds that the settlement is fair and reasonable.

**SO ORDERED.**

DATED:   New York, New York
         January 26, 2021

_____
STEWART D. AARON
United States Magistrate Judge